IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4- 06-70297 WDB |
| Plaintiff, | ORDER RE: TRANSPORTATION EXPENSES |
| v. | |
| LANCE K. PITTS, | |
| Defendant. | |

    Defendant Lance Pitts has been ordered to appear before The Hon. Timothy P. Greeley in the Western District of Michigan, Southern Division, on Monday, July 24, 2006, at 2:00 p.m., for his initial appearance, arraignment, and initial pretrial conference. Defendant Pitts lives in Hayward, California. Mr. Pitts is indigent and is represented in these proceedings by appointed counsel. Defendant does not have sufficient funds to pay for his own transportation to attend his initial appearance.

    GOOD CAUSE APPEARING, and because the interests of justice are served and the Court is satisfied that the defendant is financially unable to provide the necessary transportation,

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal for the Northern District of California shall furnish transportation and subsistence expenses to the above-named defendant to enable him to travel to the Western District of Michigan, Grand Rapids, Michigan, for an initial appearance before The Hon. Timothy P. Greeley on July 24, 2006, at 2:00 p.m., from his home in Oakland, California.

    IT IS SO ORDERED.

DATED: July  18 , 2006

IT IS SO ORDERED
*Wayne D. Brazil*
Judge Wayne D. Brazil

_____
WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE