IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>LANCE K. PITTS,<br><br>               Defendant. | No. 4-06-70297 WDB<br><br>ORDER<br>RE: TRANSPORTATION<br>EXPENSES TO RETURN<br>FROM THE EASTERN<br>DISTRICT OF MICHIGAN |

     Defendant Lance Pitts has been ordered to appear before the Honorable Timothy P. Greeley in the Western District of Michigan, Southern Division, on Monday, July 24, 2006, at 2:00 p.m. for his initial appearance, arraignment, and initial pretrial conference. Defendant Pitts lives in Hayward, California. Mr. Pitts is indigent and is represented in these proceedings by appointed counsel. Defendant does not have sufficient funds to pay for his own transportation home from his initial appearance.

     GOOD CAUSE APPEARING, and because the interests of justice are served and the Court is satisfied that the defendant is financially unable to provide the necessary transportation,

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal for the Northern District of California shall furnish transportation and subsistence expenses to the above-named defendant to enable him to travel to his home in Oakland, California, from the Western District of Michigan, Grand Rapids, Michigan, following his initial appearance on July 24, 2006.

     IT IS SO ORDERED.

DATED: July 24, 2006

                                      UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*