SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06-00788 SBA |
|    Plaintiff, | ORDER GRANTING STIPULATION TO SET MATTER FOR CHANGE OF PLEA |
| v. | Date: September 18, 2007 |
| LANCE K. PITTS, | Time: 11:00 a.m. |
|    Defendant. | Before the Honorable Saundra B. Armstrong |

The parties filed their Stipulation to Set Matter for Change of Plea on September 18, 2007 at 11 a.m. Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the matter is set for September 18, 2007 at 11 a.m. for change of plea.

DATED: 9/5/07

                       */s/ Saundra B Armstrong*
                       SAUNDRA B. ARMSTRONG
                       United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO SET MATTER FOR CHANGE OF PLEA
Case No. 06-00788 SBA                1